**Richard D. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42679.**

Missouri Court of Appeals, Western District.

May 8, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Larry C. Pace, Contract Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Movant appeals from denial, after evidentiary hearing, of Rule 27.26 (repealed 1-1-88) motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).